**EXHIBIT LIST**

**Exhibits in Support of Plaintiff's Complaint**

- **Exhibit A**
  Total and Permanent Disability (TPD) Discharge Approval / Reinstatement Confirmation (December 10, 2019)

- **Exhibit B**
  Experian Credit Report dated February 2, 2026, showing Department of Education/Nelnet accounts reported as past due

- **Exhibit C**
  TransUnion Credit Report dated February 2, 2026, showing Department of Education/Nelnet accounts reported as 120 days past due

- **Exhibit D**
  Email from Federal Student Aid dated December 4, 2025, assigning Plaintiff's case to Nelnet for resolution

- **Exhibit E**
  Nelnet "Final Response" letter dated February 2, 2026, disclaiming responsibility and directing Plaintiff to contact the Department of Education

- **Exhibit F**
  Certified mail receipts and returned green cards evidencing Plaintiff's written notice to Nelnet, Federal Student Aid, and the U.S. Department of Education

- **Exhibit G**
  Certified letter to the Federal Student Aid Ombudsman dated September 26, 2025

- **Exhibit H**
  Consumer Financial Protection Bureau (CFPB) complaint submission confirmation and notice indicating response past due

- **Exhibit I**
  Representative Total and Permanent Disability (TPD) post-discharge monitoring forms for 2019 and 2020 demonstrating Plaintiff's compliance

**Exhibit A**
Total and Permanent Disability (TPD) Discharge Approval / Reinstatement
Confirmation (December 10, 2019)

 **My Activity** > TPD Discharge Application

# Total and Permanent Disability (TPD) Discharge Application

✔ Completed

## Application Information

Disability Certification Type
Medical Professional's Certification

Signature Method
Manual

---

Completed
**Dec 10, 2019**

---

## Status Tracker

✓ Application Decision                                                                     ⌄
*Completed on Dec 10, 2019*

Your TPD discharge application has been approved. We have notified your loan servicer to discharge your loans.

## Next Steps

**Review Your Three-Year Post-Discharge Monitoring Period Requirement**

Now that your TPD discharge application is approved, you'll have to meet the TPD discharge application monitoring period requirement over the next three years. If you don't meet this requirement, your obligation to repay your loans will be reinstated.

**Review Monitoring Period Requirements**

**View Your Updated My Aid**

You no longer have to make payments as your loans have been discharged. You can review these changes in My Aid.

---

## More Resources

**Learn About Total and Permanent Disability Discharge**

**Applicant Representative Designation Form**

 **Hi! Need help?**

**Exhibit B**

Experian Credit Report dated February 2, 2026, showing Department of Education/Nelnet accounts reported as past due



Prepared For **JERALD THOMPSON**    Date generated: Feb 2, 2026

●**DEPT OF EDUCATION/NELN**                                                   **$32,415**

**4** late payments                                        Balance updated **Dec 31, 2025**

### ▣ Account info

| | | | |
|---|---|---|---|
| Account name | **DEPT OF EDUCATION/NELN** | Balance | **$32,415** |
| Account number | **900000XXXXXXXXX** | Balance updated | **Dec 31, 2025** |
| Original creditor | - | Original balance | **$24,284** |
| Company sold | - | Paid off | **0%** |
| Account type | **Education** | Monthly payment | **$382** |
| Date opened | **Aug 10, 2015** | Last Payment Date | **Aug 28, 2023** |
| Open/closed | **Open** | Past due amount | **$1,914** |
| Status | **Open. $1,914 past due as of Dec 2025.** | Terms | **120 Months** |
| | | Responsibility | **Individual** |
| Status updated | **Dec 2025** | Your statement | - |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | **90** | **120** | ND | **180** | **180** | ✓ | ✓ | ✓ | ✓ | **90** | **120** | **150** |
| 2024 | ND | ✓ | ✓ | ✓ | ND | ND | ✓ | ✓ | ND | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met          90 Past due 90 days          120 Past due 120 days

150 Past due 150 days          180 Past due 180 days          ND No data for this period

- Data Unavailable

### ✉ Contact info

| | |
|---|---|
| Address | **121 S 13TH ST LINCOLN, NE 68508** |
| Phone number | **(888) 486-4722** |

### ▤ Comments

**Completed investigation of FCRA dispute - consumer disagrees**



Prepared For **JERALD THOMPSON**    Date generated: Feb 2, 2026

● **DEPT OF EDUCATION/NELN**                                    $24,527

**4** late payments                          Balance updated **Dec 31, 2025**

### Account info

| | | | |
|---|---|---|---|
| Account name | **DEPT OF EDUCATION/NELN** | Balance | **$24,527** |
| Account number | **900000XXXXXXXXX** | Balance updated | **Dec 31, 2025** |
| Original creditor | - | Original balance | **$18,432** |
| Company sold | - | Paid off | **0%** |
| Account type | **Education** | Monthly payment | **$275** |
| Date opened | **May 18, 2015** | Last Payment Date | **Aug 28, 2023** |
| Open/closed | **Open** | Past due amount | **$1,377** |
| Status | **Open. $1,377 past due as of Dec 2025.** | Terms | **120 Months** |
| | | Responsibility | **Individual** |
| Status updated | **Dec 2025** | Your statement | - |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | 90 | 120 | ND | 180 | 180 | ✓ | ✓ | ✓ | ✓ | 90 | 120 | 150 |
| 2024 | ND | ✓ | ✓ | ✓ | ND | ND | ✓ | ✓ | ND | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met          90 Past due 90 days          120 Past due 120 days

150 Past due 150 days          180 Past due 180 days          ND No data for this period

- Data Unavailable

### Contact info

| | |
|---|---|
| Address | 121 S 13TH ST LINCOLN, NE 68508 |
| Phone number | (888) 486-4722 |

### Comments

**Completed investigation of FCRA dispute - consumer disagrees**



Prepared For **JERALD THOMPSON**    Date generated: Feb 2, 2026

●**DEPT OF EDUCATION/NELN**                                                    **$111,915**

**4** late payments                                          Balance updated **Dec 31, 2025**

### Account info

| | | | |
|---|---|---|---|
| Account name | **DEPT OF EDUCATION/NELN** | Balance | **$111,915** |
| Account number | **900000XXXXXXXXX** | Balance updated | **Dec 31, 2025** |
| Original creditor | - | Original balance | **$76,911** |
| Company sold | - | Paid off | **0%** |
| Account type | **Education** | Monthly payment | **$718** |
| Date opened | **Jun 14, 2007** | Last Payment Date | **Aug 28, 2023** |
| Open/closed | **Open** | Past due amount | **$3,592** |
| Status | **Open. $3,592 past due as of Dec 2025.** | Terms | **360 Months** |
| | | Responsibility | **Individual** |
| Status updated | **Dec 2025** | Your statement | - |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | **90** | **120** | ND | **180** | **180** | ✓ | ✓ | ✓ | ✓ | **90** | **120** | **150** |
| 2024 | ND | ✓ | ✓ | ✓ | ND | ND | ✓ | ✓ | ND | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | |
|---|---|---|
| ✓ Current / Terms met | 90 Past due 90 days | 120 Past due 120 days |
| 150 Past due 150 days | 180 Past due 180 days | ND No data for this period |
| - Data Unavailable | | |

### ✉ Contact info

| | |
|---|---|
| Address | **121 S 13TH ST LINCOLN, NE 68508** |
| Phone number | **(888) 486-4722** |

### Comments

**Completed investigation of FCRA dispute - consumer disagrees**



Prepared For **JERALD THOMPSON**    Date generated: Feb 2, 2026

● **DEPT OF EDUCATION/NELN**                                           **$13,254**

**4** late payments                                          Balance updated **Dec 31, 2025**

### Account info

| | | | |
|---|---|---|---|
| Account name | **DEPT OF EDUCATION/NELN** | Balance | **$13,254** |
| Account number | **900000XXXXXXXXX** | Balance updated | **Dec 31, 2025** |
| Original creditor | - | Original balance | **$10,250** |
| Company sold | - | Paid off | **0%** |
| Account type | **Education** | Monthly payment | **$146** |
| Date opened | **Aug 10, 2015** | Last Payment Date | **Aug 28, 2023** |
| Open/closed | **Open** | Past due amount | **$733** |
| Status | **Open. $733 past due as of Dec 2025.** | Terms | **120 Months** |
| | | Responsibility | **Individual** |
| Status updated | **Dec 2025** | Your statement | - |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | 90 | 120 | ND | 180 | 180 | ✓ | ✓ | ✓ | ✓ | 90 | 120 | 150 |
| 2024 | ND | ✓ | ✓ | ✓ | ND | ND | ✓ | ✓ | ND | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met          90 Past due 90 days          120 Past due 120 days

150 Past due 150 days          180 Past due 180 days          ND No data for this period

- Data Unavailable

### Contact info

Address        **121 S 13TH ST LINCOLN, NE 68508**

Phone number        **(888) 486-4722**

### Comments

**Completed investigation of FCRA dispute - consumer disagrees**



Prepared For **JERALD THOMPSON**   Date generated: Feb 2, 2026

**•SUNCOAST CREDIT UNION**                                             **$18,768**

**1** late payment                                              Balance updated **Jan 13, 2026**

### Account info

| | | | |
|---|---|---|---|
| Account name | **SUNCOAST CREDIT UNION** | Balance | **$18,768** |
| Account number | **460819XXXXXX** | Balance updated | **Jan 13, 2026** |
| Original creditor | - | Credit limit | **$19,000** |
| Company sold | - | Credit usage | **98%** |
| Account type | **Credit card** | Monthly payment | **$378** |
| Date opened | **Jan 13, 2022** | Last Payment Date | **Jan 08, 2026** |
| Open/closed | **Open** | Highest balance | **$19,157** |
| Status | **Open.** | Terms | - |
| Status updated | **Mar 2025** | Responsibility | **Joint** |
| | | Your statement | - |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | - | - | - | - | - | - | - | - | - | - | - |
| 2025 | ✓ | **30** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | - | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met          30 Past due 30 days          - Data Unavailable

### Contact info

| | |
|---|---|
| Address | **6801 E HILLSBOROUGH AVE** |
| | **TAMPA,** |
| | **FL 33610** |
| Phone number | **(813) 621-7511** |

### Comments

-

**Exhibit C**

TransUnion Credit Report dated February 2, 2026, showing Department of Education/Nelnet accounts reported as 120 days past due

Skip to main content

| | |
|---|---|
| **Personal Credit Report for:**<br>JERALD THOMPSON<br><br>**File Number:**<br>407425613<br><br>**Date Created:**<br>02/02/2026 | A quick heads up:<br><br>**Your credit score is not included with your TransUnion credit report.** |

# Your TransUnion Credit Report

**Found something inaccurate on your credit report?**

Visit transunion.com/dispute to start a dispute online.

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help ☐.

## ⚇ Personal Information

Your SSN has been masked for your protection.

**Credit Report Date**

02/02/2026

**Social Security Number**

XXX-XX-8483

**Date of Birth**

11/29/1972

**Name**

JERALD E. THOMPSON

## Also Known As

AKA

DR. JERALD THOMPSON

Feedback

Chat Now

| | |
|---|---|
| **PPD:** | Paid by co-maker |
| **PPL:** | Paid profit and loss |
| **PRD:** | Payroll deduction |
| **PRL:** | Profit and loss write-off |
| **PWG:** | Account payment, wage garnish |
| **REA:** | Reaffirmation of debt |
| **REP:** | Substitute/replacement account |
| **RFN:** | Refinanced |
| **RPD:** | Paid repossession |
| **RPO:** | Repossession |
| **RRE:** | Repossession redeemed |
| **RVN:** | Returned voluntarily |
| **RVR:** | Returned voluntarily/redeemed |
| **SET:** | Settled—less than full balance |
| **SGL:** | Government secured guaranteed |
| **SIL:** | Simple interest loan |
| **SLP:** | Student loan perm assign government |
| **SPL:** | Single payment loan |
| **STL:** | Credit card lost/stolen |
| **TRF:** | Transfer |
| **TRL:** | Transferred to another lender |
| **TTR:** | Transferred to recovery |
| **WEP:** | Chapter 13 bankruptcy |

For account information other than payment history, we may show brackets > < to indicate information that may negatively affect your credit health.

## Accounts with Adverse Information

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understar what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or payin agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paic or before the due date.

**DEPT OF ED / NELNET** 90000058630****

## Account Information

| | |
|---|---|
| **Address** | PO BOX 82561 LINCOLN, NE 68501 |
| **Phone** | (888) 486-4722 |
| **Monthly Payment** | $275 |
| **Date Opened** | |

Chat Now

| | |
|---|---|
| **Responsibility** | Individual Account |
| **Account Type** | Installment Account |
| **Loan Type** | STUDENT LOAN |
| **Balance** | $24,527 |
| **Date Updated** | 12/31/2025 |
| **Payment Received** | $0 |
| **Last Payment Made** | 08/28/2023 |
| **Pay Status** | >Account 120 Days Past Due Date< |
| **Terms** | $275 per month, paid Monthly for 120 months |
| **High Balance (Hist.)** | High balance of $18,432 from 04/2025 to 12/2025 |
| **Estimated month and year this item will be removed** | 04/2032 |

Payment History

Chat Now

| January 2020 | February 2020 | March 2020 | April 2020 | May 2020 | June 2020 | July 2020 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **X** | Rating **X** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| August 2020 | September 2020 | October 2020 | November 2020 | December 2020 | January 2021 | February 2021 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

Chat Now

| March 2021 | April 2021 | May 2021 | June 2021 | July 2021 | August 2021 | September 2021 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| October 2021 | November 2021 | December 2021 | January 2022 | February 2022 | March 2022 | April 2022 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

Chat Now

| May 2022 | June 2022 | July 2022 | August 2022 | September 2022 | October 2022 | November 2022 |
|---|---|---|---|---|---|---|
| **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - |
| **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - |
| **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - |
| **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - |
| **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| December 2022 | January 2023 | February 2023 | March 2023 | April 2023 | May 2023 | June 2023 |
|---|---|---|---|---|---|---|
| **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - |
| **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - |
| **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - |
| **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - |
| **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

Chat Now

| July 2023 | August 2023 | September 2023 | October 2023 | November 2023 | December 2023 | January 2024 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **X** |

| February 2024 | March 2024 | April 2024 | May 2024 | June 2024 | July 2024 | August 2024 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **X** | Rating **X** | Rating **OK** | Rating **OK** |

Chat Now

| November 2025 | December 2025 |
|---|---|
| **Balance** $24,418 | **Balance** $24,527 |
| **Past Due** $1,101 | **Past Due** $1,377 |
| **Amount Paid** $0 | **Amount Paid** $0 |
| **Scheduled Payment** $275 | **Scheduled Payment** $275 |
| **Remarks** DRC | **Remarks** DRC |
| Rating **120** | Rating **120** |

Total Months: 72

DEPT OF ED / NELNET  90000058630****

## Account Information

| | |
|---|---|
| **Address** | PO BOX 82561 LINCOLN, NE 68501 |
| **Phone** | (888) 486-4722 |
| **Monthly Payment** | $1₄ |
| **Date Opened** | 08/10/201 |
| **Responsibility** | Individual Accoun |
| **Account Type** | Installment Account |
| **Loan Type** | STUDENT LOAN |
| **Balance** | $13,254 |
| **Date Updated** | 12/31/2025 |
| **Payment Received** | $0 |
| **Last Payment Made** | |

Chat Now

| | |
|---|---|
| **Pay Status** | >Account 120 Days Past Due Date< |
| **Terms** | $146 per month, paid Monthly for 120 months |
| **High Balance (Hist.)** | High balance of $10,250 from 04/2025 to 12/2025 |
| **Estimated month and year this item will be removed** | 04/2032 |

**Payment History**

Chat Now

| January 2020 | February 2020 | March 2020 | April 2020 | May 2020 | June 2020 | July 2020 |
|---|---|---|---|---|---|---|
| **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - |
| **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - |
| **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - |
| **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - |
| **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - |
| Rating<br>**X** | Rating<br>**X** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| August 2020 | September 2020 | October 2020 | November 2020 | December 2020 | January 2021 | February 2021 |
|---|---|---|---|---|---|---|
| **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - |
| **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - |
| **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - |
| **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - |
| **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

Chat Now

| March 2021 | April 2021 | May 2021 | June 2021 | July 2021 | August 2021 | September 2021 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| October 2021 | November 2021 | December 2021 | January 2022 | February 2022 | March 2022 | April 2022 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

Chat Now

| May 2022 | June 2022 | July 2022 | August 2022 | September 2022 | October 2022 | November 2022 |
|---|---|---|---|---|---|---|
| **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - |
| **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - |
| **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - |
| **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - |
| **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| December 2022 | January 2023 | February 2023 | March 2023 | April 2023 | May 2023 | June 2023 |
|---|---|---|---|---|---|---|
| **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - |
| **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - |
| **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - |
| **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - |
| **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

Chat Now

| July 2023 | August 2023 | September 2023 | October 2023 | November 2023 | December 2023 | January 2024 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **X** |

| February 2024 | March 2024 | April 2024 | May 2024 | June 2024 | July 2024 | August 2024 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **X** | Rating **X** | Rating **OK** | Rating **OK** |

Chat Now

| September 2024 | October 2024 | November 2024 | December 2024 | January 2025 | February 2025 | March 2025 |
|---|---|---|---|---|---|---|
| **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - |
| **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - |
| **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - |
| **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - |
| **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - |
| Rating<br>**X** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**90** | Rating<br>**120** | Rating<br>**X** |

| April 2025 | May 2025 | June 2025 | July 2025 | August 2025 | September 2025 | October 2025 |
|---|---|---|---|---|---|---|
| **Balance**<br>$12,814 | **Balance**<br>$12,870 | **Balance**<br>$12,924 | **Balance**<br>$12,980 | **Balance**<br>$13,035 | **Balance**<br>$13,089 | **Balance**<br>$13,145 |
| **Past Due**<br>$834 | **Past Due**<br>$974 | **Past Due**<br>$0 | **Past Due**<br>$0 | **Past Due**<br>$0 | **Past Due**<br>$0 | **Past Due**<br>$439 |
| **Amount Paid**<br>$0 | **Amount Paid**<br>$0 | **Amount Paid**<br>$0 | **Amount Paid**<br>$0 | **Amount Paid**<br>$0 | **Amount Paid**<br>$0 | **Amount Paid**<br>$0 |
| **Scheduled Payment**<br>$139 | **Scheduled Payment**<br>$139 | **Scheduled Payment**<br>$139 | **Scheduled Payment**<br>$146 | **Scheduled Payment**<br>$146 | **Scheduled Payment**<br>$146 | **Scheduled Payment**<br>$146 |
| **Remarks**<br>DRC | **Remarks**<br>DRC | **Remarks**<br>DRC | **Remarks**<br>DRC | **Remarks**<br>DRC | **Remarks**<br>DRC | **Remarks**<br>DRC |
| Rating<br>**120** | Rating<br>**120** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**90** |

Chat Now

| November 2025 | December 2025 |
|---|---|
| **Balance**<br>$13,199 | **Balance**<br>$13,254 |
| **Past Due**<br>$586 | **Past Due**<br>$733 |
| **Amount Paid**<br>$0 | **Amount Paid**<br>$0 |
| **Scheduled Payment**<br>$146 | **Scheduled Payment**<br>$146 |
| **Remarks**<br>DRC | **Remarks**<br>DRC |
| Rating<br>**120** | Rating<br>**120** |

Total Months: 72

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DEPT OF ED / NELNET** 90000058630****

## Account Information

| | |
|---|---|
| **Address** | PO BOX 82561 LINCOLN, NE 68501 |
| **Phone** | (888) 486-4722 |
| **Monthly Payment** | $38 |
| **Date Opened** | 08/10/201 |
| **Responsibility** | Individual Accour |
| **Account Type** | Installment Account |
| **Loan Type** | STUDENT LOAN |
| **Balance** | $32,415 |
| **Date Updated** | 12/31/2025 |
| **Payment Received** | $0 |
| **Last Payment Made** | |

Chat Now

| | |
|---|---|
| **Pay Status** | >Account 120 Days Past Due Date< |
| **Terms** | $382 per month, paid Monthly for 120 months |
| **High Balance (Hist.)** | High balance of $24,284 from 04/2025 to 12/2025 |
| **Estimated month and year this item will be removed** | 04/2032 |

Payment History

Chat Now

| January 2020 | February 2020 | March 2020 | April 2020 | May 2020 | June 2020 | July 2020 |
|---|---|---|---|---|---|---|
| **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - |
| **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - |
| **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - |
| **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - |
| **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - |
| Rating<br>**X** | Rating<br>**X** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| August 2020 | September 2020 | October 2020 | November 2020 | December 2020 | January 2021 | February 2021 |
|---|---|---|---|---|---|---|
| **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - |
| **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - |
| **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - |
| **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - |
| **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

Chat Now

| March 2021 | April 2021 | May 2021 | June 2021 | July 2021 | August 2021 | September 2021 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| October 2021 | November 2021 | December 2021 | January 2022 | February 2022 | March 2022 | April 2022 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

Chat Now

| May 2022 | June 2022 | July 2022 | August 2022 | September 2022 | October 2022 | November 2022 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| December 2022 | January 2023 | February 2023 | March 2023 | April 2023 | May 2023 | June 2023 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

Chat Now

| July 2023 | August 2023 | September 2023 | October 2023 | November 2023 | December 2023 | January 2024 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **X** |

| February 2024 | March 2024 | April 2024 | May 2024 | June 2024 | July 2024 | August 2024 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **X** | Rating **X** | Rating **OK** | Rating **OK** |

Chat Now

| | September 2024 | October 2024 | November 2024 | December 2024 | January 2025 | February 2025 | March 2025 |
|---|---|---|---|---|---|---|---|
| Balance | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| Past Due | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| Amount Paid | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| Scheduled Payment | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| Remarks | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| Rating | X | OK | OK | OK | 90 | 120 | X |

| | April 2025 | May 2025 | June 2025 | July 2025 | August 2025 | September 2025 | October 2025 |
|---|---|---|---|---|---|---|---|
| Balance | $31,185 | $31,341 | $31,491 | $31,647 | $31,803 | $31,953 | $32,109 |
| Past Due | $2,162 | $2,524 | $0 | $0 | $0 | $0 | $1,148 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Scheduled Payment | $361 | $361 | $361 | $382 | $382 | $382 | $382 |
| Remarks | DRC | DRC | DRC | DRC | DRC | DRC | DRC |
| Rating | 120 | 120 | OK | OK | OK | OK | 90 |

Chat Now

| | |
|---|---|
| **Pay Status** | >Account 120 Days Past Due Date< |
| **Terms** | $718 per month, paid Monthly for 360 months |
| **High Balance (Hist.)** | High balance of $76,911 from 04/2025 to 12/2025 |
| **Estimated month and year this item will be removed** | 04/2032 |

**Payment History**

Chat Now

| January 2020 | February 2020 | March 2020 | April 2020 | May 2020 | June 2020 | July 2020 |
|---|---|---|---|---|---|---|
| **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - |
| **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - |
| **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - |
| **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - |
| **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - |
| Rating<br>**X** | Rating<br>**X** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| August 2020 | September 2020 | October 2020 | November 2020 | December 2020 | January 2021 | February 2021 |
|---|---|---|---|---|---|---|
| **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - |
| **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - |
| **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - |
| **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - |
| **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - | **Remarks**<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

Chat Now

| March 2021 | April 2021 | May 2021 | June 2021 | July 2021 | August 2021 | September 2021 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| October 2021 | November 2021 | December 2021 | January 2022 | February 2022 | March 2022 | April 2022 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

Chat Now

| May 2022 | June 2022 | July 2022 | August 2022 | September 2022 | October 2022 | November 2022 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| December 2022 | January 2023 | February 2023 | March 2023 | April 2023 | May 2023 | June 2023 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

Chat Now

| July 2023 | August 2023 | September 2023 | October 2023 | November 2023 | December 2023 | January 2024 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **X** |

| February 2024 | March 2024 | April 2024 | May 2024 | June 2024 | July 2024 | August 2024 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - | **Remarks** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **X** | Rating **X** | Rating **OK** | Rating **OK** |

Chat Now

| | September 2024 | October 2024 | November 2024 | December 2024 | January 2025 | February 2025 | March 2025 |
|---|---|---|---|---|---|---|---|
| **Balance** | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| **Past Due** | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| **Amount Paid** | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| **Scheduled Payment** | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| **Remarks** | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| Rating | **X** | **OK** | **OK** | **OK** | **90** | **120** | **X** |

| | April 2025 | May 2025 | June 2025 | July 2025 | August 2025 | September 2025 | October 2025 |
|---|---|---|---|---|---|---|---|
| **Balance** | $108,891 | $109,273 | $109,644 | $110,026 | $110,409 | $110,779 | $111,162 |
| **Past Due** | $4,139 | $4,832 | $0 | $0 | $0 | $0 | $2,155 |
| **Amount Paid** | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Scheduled Payment** | $691 | $691 | $691 | $718 | $718 | $718 | $718 |
| **Remarks** | DRC | DRC | DRC | DRC | DRC | DRC | DRC |
| Rating | **120** | **120** | **OK** | **OK** | **OK** | **OK** | **90** |

Chat Now

| November 2025 | December 2025 |
|---|---|
| **Balance**<br>$111,532 | **Balance**<br>$111,915 |
| **Past Due**<br>$2,873 | **Past Due**<br>$3,592 |
| **Amount Paid**<br>$0 | **Amount Paid**<br>$0 |
| **Scheduled Payment**<br>$718 | **Scheduled Payment**<br>$718 |
| **Remarks**<br>DRC | **Remarks**<br>DRC |
| Rating<br>**120** | Rating<br>**120** |

Total Months: 72

---

SUNCOAST CREDIT UNION  460819008478****

## Account Information

| | |
|---|---|
| **Address** | PO BOX 11904 TAMPA, FL 33680-1904 |
| **Phone** | (813) 621-7511 |
| **Monthly Payment** | $37 |
| **Date Opened** | 01/13/202 |
| **Responsibility** | Joint Accoun |
| **Account Type** | Revolving Account |
| **Loan Type** | CREDIT CARD |
| **Balance** | $18,768 |
| **Date Updated** | 01/13/2026 |
| **Payment Received** | $385 |
| **Last Payment Made** | Chat Now |

**Exhibit D**

Email from Federal Student Aid dated December 4, 2025, assigning Plaintiff's case to Nelnet for resolution



J Thomas <preludess20@gmail.com>

---

## Re: [Case #: 32422427] [ thread::x0w6mAzUeJCWTXtnwJ3iShg:: ]

2 messages

---

**Federal Student Aid Information Center** <customerservice@studentaid.gov>          Tue, Dec 16, 2025 at 7:14 AM
To: "preludess20@gmail.com" <preludess20@gmail.com>
Cc: "help@nelnet.net" <help@nelnet.net>, "jeffrey.noordhoek@nelnet.net" <jeffrey.noordhoek@nelnet.net>

A close up of a logo

December 16, 2025

Account: EXXXXX3852

Dear Jerald,

Thank you for contacting the U.S. Department of Education's office of Federal Student Aid regarding your federal student loan account with Nelnet.

Please see our attached response to your concerns.

If you have any other questions, you may call us at 888-486-4722 from 8 a.m. to 11 p.m. (Eastern) Monday, 8 a.m. to 8 p.m. Tuesday through Friday, and 10 a.m. to 2 p.m. Saturday. You can also send us a secured email through your Nelnet.StudentAid.gov account.

Sincerely,

Heather D.
Nelnet

--------------- Original Message ---------------
**From:** Me [preludess20@gmail.com]
**Sent:** 12/11/2025, 2:44 PM
**To:** customerservice@studentaid.gov; help@nelnet.net; jeffrey.noordhoek@nelnet.net
**Subject:** Re: [Case #: 32422427] [ thread::x0w6mAzUeJCWTXtnwJ3iShg:: ]

Hi Mark J and Mr. Noordhoek;

  Please see the attached letter.

Dr. Jerald Thompson

On Thu, Dec 4, 2025 at 11:50?AM Federal Student Aid Information Center <customerservice@studentaid.gov> wrote:

A close up of a logo

December 4, 2025

Account: EXXXXX3852

Dear Jerald,

Thank you for contacting the U.S. Department of Education's (ED) Office of Federal Student Aid.
We are writing to inform you ED has assigned your case to Nelnet for resolution. Please allow up to 10 days for your request to be reviewed. You will be notified once we have reviewed your request.

You may check the status of your request by accessing your case within the feedback system. If you have any other questions, you may call us at 888-486-4722 from 8 a.m. to 11 p.m. (Eastern) Monday, 8 a.m. to 8 p.m. Tuesday through Friday, and 10 a.m. to 2 p.m. Saturday. You can also send us a secured email through your Nelnet.StudentAid.gov account.

Sincerely,

Mark J.
Nelnet


--------------- Original Message ---------------
**From:** Federal Student Aid Information Center [customerservice@studentaid.gov]
**Sent:** 12/3/2025, 10:49 AM
**To:** preludess20@gmail.com
**Subject:** [Case #: 32422427] [ thread::x0w6mAzUeJCWTXtnwJ3iShg:: ]



Dear Jerald Thompson,

Thank you for contacting the U.S. Department of Education's office of Federal Student Aid. This email is in reference to your request regarding Total and Permanent Disability Discharge. Your case number is 32422427. Please retain this number for reference.

This is an interim response to notify you that we are continuing researching your concerns. We will follow up with more information within the next 15 calendar days. We appreciate your patience as we work to resolve your case.

If you require further assistance or wish to provide additional documentation during the research process, reply to this email or contact us.

Sincerely,

Federal Student Aid


This email was sent by: Office of Federal
Student Aid
U.S. Department of Education

400 Maryland Ave. SW,

Washington, DC, 20002, US

If you wish to contact us, please use the
StudentAid.gov contact page. For more
information about financial aid, visit
StudentAid.gov.

thread::x0w6mAzUeJCWTXtnwJ3iShg::

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

 **Jerald Thompson FDMS Rebuttal Case 32422427 Response.pdf**
242K

---

**Me** <preludess20@gmail.com>                                          Tue, Jan 20, 2026 at 11:12 AM
To: submitmyforms@nelnet.studentaid.gov, Jeffrey.Noordhoek@nelnet.net, james.bergeron@ed.gov

Madam or Sirs;

   I am sending this as I spoke to Shelby today at Nelnet and she requested the info.

The December 4th email from ED assigned this case to Nelnet for a resolution. As you can see I've also attached my screenshot from the FSA TPD page - I have sent you, **MULTIPLE times**, copies of my TPD monitoring forms sent to Nelnet as per the program. Note at the bottom it CLEARLY states: **View Your Updated My Aid**
You no longer have to make payments as your loans have been discharged. You can review these changes in My Aid.

The letter that you sent me today via encoded email (enclosed) is not dealing with the issue.

As I have stated I have contacted the CFPB and asked them for help in filing a lawsuit against Nelnet and the FSA/ED. I will be filing this week if this issue is not solved immediately.

I have patiently tried to get these issues resolved and Nelnet and FSA/ED have both **ignored** the problem, blamed each other, and have made no attempts to bring this matter to a close. In the meantime I have a balance shown on my credit report, **which is not the issue**, and my credit score is below 550 due to Nelnet and FSA.

This will be my last communication to Nelnet and FSA/ED to try to solve this matter. I suggest, madam or sirs, that you handle this matter **IMMEDIATELY**.

Dr. Jerald Thompson
[Quoted text hidden]

**3 attachments**

 **Jerald Thompson FDMS Rebuttal Case 32422427 Response.pdf**
242K

 **Nelnet 1-20-2026.pdf**
353K

 **Screenshot TPD 1-20-2026.pdf**
223K

**Exhibit E**

Nelnet "Final Response" letter dated February 2, 2026, disclaiming responsibility and directing Plaintiff to contact the Department of Education



P.O. Box 82561
Lincoln, NE 68501-2561

February 2, 2026

Jerald Thompson
11224 Cypress Tree Circle
Fort Myers, FL 33913

Account: EXXXXX3852

Dear Jerald,

Thank you for your inquiry regarding your federal student loan account. We take your concerns seriously and appreciate the opportunity to respond. On behalf of your lender, the U.S. Department of Education (ED), we service your federal student loans.

As we understand it, you are requesting a letter that explains that you must contact ED for your concerns regarding your total and permanent disability (TPD) discharge claim and the reinstatement of the loans.

In 2025, and 2026, you spoke with multiple agents regarding your TPD claim. Also, multiple responses were sent to you which advised that you must contact ED regarding your TPD concerns because Nelnet no longer is the TPD discharge servicer.

Please contact ED's Loan Discharge and Forgiveness Customer Support to escalate your case. You may reach them at 888-303-7818.

If you have any other questions, you may call us at 888-486-4722 from 8 a.m. to 11 p.m. (Eastern) Monday, 8 a.m. to 8 p.m. Tuesday through Friday, and 10 a.m. to 2 p.m. Saturday. You may also send us a secure email through your Nelnet.StudentAid.gov account.

Sincerely,

Sherry A.
Nelnet

**Exhibit F**
Certified mail receipts and returned green cards evidencing Plaintiff's written notice to Nelnet, Federal Student Aid, and the U.S. Department of Education



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Monticello, KY 42633

Certified Mail Fee   $5.30

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postage   $3.00

Total Postage and Fees   $12.70

Sent To

Street and Apt.

City, State, ZIP+

PS Form 3800,

EMMAUS, PA 18049
SEP 26 2025 Postmark Here

**ATTN: FEDERAL STUDENT AID**
OMBUDSMAN GROUP
U.S. DEPARTMENT OF EDUCATION
P.O. BOX 1854
MONTICELLO, KY 42633

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Washington, DC 20002

Certified Mail Fee   $5.30

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postage   $1.07

Total Postage and Fees

Sent To

Street and Apt. No.;

City, State, ZIP+4

PS Form 3800, Ja

SEP 5 2025 Postmark Here

**ATTN: MR. JAMES BERGERON**
FEDERAL STUDENT AID, U.S.
DEPARTMENT OF EDUCATION
830 FIRST STREET NE
WASHINGTON, DC 20002

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Greenville, TX 75403

Certified Mail Fee   $5.30

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage   $1.34

Total Postage and Fees   $11.00

Sent To

Street and Apt.

City, State, ZIP+

PS Form 3800, January 2023

EMMAUS, PA 18049
Postmark Here 2025

**ATTN: TPD SUPERVISOR**
PO BOX 300010
GREENVILLE, TX 75403

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Washington, DC 20202

Certified Mail Fee   $5.30

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postage   $1.90

Total Postage and Fees   $11.00

Sent To

Street and Apt. N

City, State, ZIP+

PS Form 3800,

SEP 4 2025 Postmark Here

**ATTN: MR. RICHARD CORDRAY**
CHIEF OPERATING OFFICER
OFFICE OF FSA  U.S. DOE
UNION CENTER PLAZA
830 FIRST STREET NE, ROOM 112G1
WASHINGTON, DC 20202

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTN: ~~Epper~~ 1C24 *94 09/23/25
USDE854 42633-RFS-1C24 *94 09/23/25
NOTIFY SENDER OF NEW ADDRESS
:US DEPT OF EDUCATION
PO BOX 300011
GREENVILLE TX 75403-3011

9590 9402 9363 5002 6656 67

2. Article Number (Transfer from service label)

9589 0710 5270 2935 1520 66

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...stricted Delivery
I Mail
I Mail Restricted Delivery
300)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**Exhibit G**
Certified letter to the Federal Student Aid Ombudsman dated September 26,
2025

Dr. Jerald Thompson
5120 Main Rd W
Emmaus, PA 18049-4936
Phone: 727-209-7340
Email: Preludess20@gmail.com

September 26, 2025

Federal Student Aid Ombudsman Group
U.S. Department of Education
P.O. Box 1854
Monticello, KY 42633
Fax: 606-396-4821

**BY CERTIFIED MAIL # 9589071052702935152066**

Re: Request for Ombudsman Assistance – TPD Discharge / Nelnet Mismanagement

Dear Ombudsman Group,

I am writing to formally request your assistance with a long-standing problem regarding my Total and Permanent Disability (TPD) loan discharge and the subsequent mismanagement of my account by Nelnet and the Department of Education. Despite multiple attempts to resolve this matter directly with the servicer and through Federal Student Aid channels, my case remains unresolved and continues to cause harm.

**Background of the Issue**

- I was approved for a TPD discharge and received confirmation of that status.
- Despite this, Nelnet continued to mismanage my account, including errors in discharge monitoring forms, contradictory letters, and ongoing confusion about my loan status.
- Specifically, the August 27, 2025 Nelnet response failed to address the evidence I submitted and contradicted the discharge records previously acknowledged.
- Prior documents (including my original discharge monitoring forms, OMB 1845-0065 (2019/2020 editions) and the Department's correspondence) demonstrate compliance on my part and errors in servicing.

1

**Attempts to Resolve**

- I previously submitted letters to Richard Cordray (Federal Student Aid) and DOE TPD Servicing outlining the factual and procedural failures.
- On July 18, 2025, I filed a detailed complaint online with Federal Student Aid, attaching supporting exhibits.
- I followed up with Nelnet directly and received only incomplete or contradictory responses (most recently, August 27, 2025).
- I also compiled and organized all supporting documentation into an indexed package (Exhibits A–G), including a Chronological Timeline (Exhibit G) to make the errors clear.


**Relief Requested**

I respectfully request that the Ombudsman Group:
1. Review my entire file in light of the documented contradictions between DOE discharge confirmation and Nelnet's subsequent communications.
2. Acknowledge the discharge as valid and complete, consistent with federal law and prior DOE correspondence.
3. Correct my account records to reflect that the TPD discharge remains in effect.
4. Stop all further servicing errors or attempts to re-establish liability that have been improperly asserted.
5. Provide written confirmation of resolution so I may avoid further financial and reputational harm.


**Supporting Documentation**

Enclosed are:
- Prior correspondence with DOE and Nelnet.
- Discharge Monitoring Forms (OMB 1845-0065).
- Nelnet's August 27, 2025 response.
- Exhibit Index (A–G), including the Chronological Timeline (Exhibit G).


Thank you for your prompt attention to this matter. Please confirm receipt of this letter and advise me of any additional information required.


Sincerely,


Dr. Jerald Thompson

2

**Exhibit Index**

Exhibit A – Nelnet Discharge Confirmation dated August 18, 2025 (PDF attached)

Exhibit B – Discharge Monitoring Form (OMB 1845-0065, 2019 Edition) — scanned copy; will be provided as a separate printed attachment

Exhibit C – Discharge Monitoring Form (OMB 1845-0065, 2020 Edition) (attach copy)

Exhibit D – Correspondence to Richard Cordray (FSA) and DOE TPD Servicing (includes August 18, 2025 and September 24, 2025 letters attached)

Exhibit E – DOE Confirmation of Discharge Status

Exhibit F – Nelnet Response Letter dated August 27, 2025 (PDF attached)

Exhibit G – Chronological Timeline of Events (attached)

3

**Exhibit G – Chronological Timeline of TPD Discharge and Subsequent Issues**

This timeline integrates all known events, correspondence, and exhibits related to Dr. Thompson's TPD discharge and subsequent servicing issues.

| Date | Event | Evidence / Exhibit |
|---|---|---|
| July 26, 2017 | Nelnet contacted Dr. Ronald Gardner regarding physician certification for Dr. Thompson's TPD application. | Nelnet letter to Dr. Gardner |
| 2019 | TPD discharge approved for federal student loans. | DOE/Nelnet records; 34 C.F.R. § 685.213 |
| 2019–2024 | Post-Discharge Monitoring Forms submitted annually as required. | Exhibit B (2019 form, scanned); Exhibit C (2020 form) |
| 2022 | Call to Nelnet for clarification; instructed to continue submitting monitoring forms. | Phone record |
| 2024 | Second call to Nelnet; again told to continue monitoring despite no longer being on disability. | Phone record |
| Feb 2025 | Nelnet ceased processing TPD applications. | Nelnet transition notice |
| Mar 25, 2025 | DOE assumed responsibility for TPD Servicing (Greenville, TX). | DOE notice |
| Jun 20, 2025 | Certified letter with discharge/monitoring forms sent to Nelnet. | USPS certified mail receipt |
| Jun 30, 2025 | Second certified letter with supporting documentation sent to Nelnet. | USPS certified mail receipt |
| Summer 2025 | Loans wrongfully re-reported as active debts; | Credit reports |

| | credit score dropped 400+ points. | |
|---|---|---|
| Jul 18, 2025 | Complaint filed online with Federal Student Aid with exhibits. | FSA Feedback Center case |
| Aug 18, 2025 | (1) Letter to Richard Cordray / DOE; (2) Nelnet issued Discharge Confirmation. | Exhibit D (Cordray letter); Exhibit A (Discharge Confirmation) |
| Aug 27, 2025 | Nelnet response letter contradicting Aug 18 discharge. | Exhibit F |
| Sep 24, 2025 | Second letter to Richard Cordray / DOE. | Exhibit D (additional) |

**Exhibit H**
Consumer Financial Protection Bureau (CFPB) complaint submission
confirmation and notice indicating response past due

 Gmail

J Thomas <preludess20@gmail.com>

---

**Your complaint has been sent to the company.**
1 message

---

**CFPB** <noreply-notice@cfpb.gov>
To: "preludess20@gmail.com" <preludess20@gmail.com>

Mon, Oct 27, 2025 at 3:22 PM

---

 Consumer Financial
Protection Bureau

(855) 411-2372
consumerfinance.gov

# Your complaint has been sent to the company.

We have received your complaint and sent it to the company for a response.

We will let you know when the company responds. The response should include the steps they took, or will take, in response to your complaint.

You should receive a status update within the next **15 days.**

**COMPLAINT ID**

# 251027-25323964

**SUBMITTED ON**

10/27/2025

**PRODUCT**

Student loan

**ISSUE**

Dealing with your lender or servicer

Log in to track your complaint

First time logging in? Set up your password

# What happens now?

Here is what will happen in the next 15 to 60 days:

Companies generally respond within 15 days. The company may contact you directly to confirm information provided in your complaint before it responds. In some cases, the company will let you know their response is in progress and will provide a final response within 60 days.

You can keep up to date with the status of your complaint by logging on to your Consumer Portal or calling us at (855) 411-2372.

# Learn more

Visit our Consumer Tools to see guides for financial decisions, answers to common financial questions, and more.

The Consumer Financial Protection Bureau (CFPB) received your complaint or inquiry. The information you provided or was provided by a referral from another government agency on your behalf will permit the CFPB to respond to your complaint or inquiry about companies and services that we supervise. Information about your complaint or inquiry (including your personally identifiable information) may be shared with: the entity that is the subject of your complaint; third parties as necessary to get information relevant to resolving a complaint; a court, a party in litigation, a magistrate, an adjudicative body or administrative tribunal in the course of a proceeding, or the Department of Justice; internal CFPB parties or other federal or state agencies or regulatory authorities for enforcement and statutory purposes; and with contractors, agents, and other authorized by the CFPB to receive this information. We may also share your complaint or inquiry (but not your personally identifiable information) with the public through a public complaint database.

The collection and use of this information is authorized by 12 U.S.C § 5493 and will be treated in accordance with the System of Records Notice (SORN), CFPB.005 – Consumer Response System, 83 FR 32640.

Submitting a complaint is voluntary. Government agencies can refer complaints automatically to the CFPB as authorized by law. You are not required to share any identifying information; however, if you do not include the requested information, the CFPB may not be able to process your complaint. If you have questions about the status of your complaint or want to withdraw your complaint, call (855) 411-2372.

(855) 411-2372   (Voice and TTY)
consumerfinance.gov

Learn about our complaint process

Need legal assistance?

An official email of the United States government

 Gmail

J Thomas <preludess20@gmail.com>

---

**We have alerted the company its response is past due.**
1 message

---

**CFPB** <noreply-notice@cfpb.gov>                    Wed, Nov 12, 2025 at 12:00 AM
To: "preludess20@gmail.com" <preludess20@gmail.com>

 Consumer Financial
Protection Bureau

(855) 411-2372
consumerfinance.gov

---

# We have alerted the company its response is past due.

We expect companies to respond to every complaint within a reasonable amount of time. We forwarded your complaint to the company; unfortunately, they have not responded in full to your complaint and are now late in getting back to you.

We've alerted the company that its response to your complaint is now past due and that a response is still expected.

**COMPLAINT ID**

# 251027-25323964

**SUBMITTED ON**

10/27/2025

**PRODUCT**

Student loan

**ISSUE**

Dealing with your lender or servicer

---

## What happens now?

Your complaint, without any information that could identify you, and the company's failure to respond to you will also be shared in the Consumer Complaint Database. Your complaint can help others learn from your experience with this company.

Your complaint helps us identify trends and problems in the marketplace and understand the challenges people are facing so we can do a better job looking for

these problems when we supervise companies, enforce federal consumer financial laws, and write rules and regulations.

---

(855) 411-2372    (Voice and TTY)
consumerfinance.gov

Learn about our complaint process

Need legal assistance?

An official email of the United States government

**Exhibit I**

Representative Total and Permanent Disability (TPD) post-discharge monitoring forms for 2019 and 2020 demonstrating Plaintiff's compliance

**Exhibit I**

Representative Total and Permanent Disability (TPD) post-discharge monitoring forms for 2019 and 2020 demonstrating Plaintiff's compliance



**TPD-PDM**

# POST-DISCHARGE MONITORING: TOTAL AND PERMANENT DISABILITY

OMB No. 1845-0065
OMB Approved
Exp. Date 8/31/2024

William D. Ford Federal Direct Loan (Direct Loan) Program / Federal Family Education Loan (FFEL) Program / Federal Perkins Loan (Perkins Loan) Program / TEACH Grant Program

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: DISCHARGE RECIPIENT INFORMATION

Please enter or correct the following information.

☐ Check this box if any of your information has changed.

SSN _156788483_

Name _Jerald Thompson_

Address _11224 Cypress Tree Cir_

City _Ft. Myers_    State _FL_    Zip Code _33913_

Telephone - Primary _4849510795_

Telephone - Alternate _____

Email _YoDrT@aol.com_

## SECTION 2: DOCUMENTATION OF EARNED INCOME

Carefully read the entire form. Type or print in dark ink. Sign and date the form in Section 3. Include your name and Social Security Number on any documentation that you submit with this form. Submit this form to the address in Section 6.

We will reinstate your obligation to repay a discharged loan or complete a discharged TEACH Grant service obligation if (1) you receive annual earnings from employment above the poverty guideline for a family size of two for any of the three years after the date we granted your discharge or (2) you do not respond to our request to complete and submit this form.

The poverty guidelines are issued annually by the U.S. Department of Health and Human Services, and are available at: aspe.hhs.gov/poverty. For 2019, the poverty guidelines for a family size of two are:

| Family Size | 48 States & DC | Alaska | Hawaii | |
|---|---|---|---|---|
| 2 | $16,910 | $21,130 | $19,460 | If you do not live in one of the 50 states or DC, we will use the poverty guideline for the 48 states. |

Did you have income earned from *employment* between _____ and _____ ?

☐ Yes - You must provide documentation of all income you receive from employment or self-employment. See below.

☑ No - By signing this form, you are certifying that you had no earned income from employment during the period identified above. Continue to Section 3.

**Acceptable Documentation of Earned Income (copies of original documentation are acceptable)**

- You must provide one piece of documentation for each source of income from employment. Examples include a federal or state income tax return, a W-2, a federal income tax return transcript, a Social Security Administration earnings statement, a state or local agency earnings statement, or a pay stub from any employment.

- Unless the **frequency** is clearly indicated on the documentation that you provide, write on your documentation how often you receive the income, for example, "twice per month" or "every other week".

- If you are submitting documentation of income that you receive on a calendar-year basis, but a **portion of the income in the documentation is outside of the period for which you are providing documentation**, write on your documentation the amount of the income that you received during the period identified above.

- If no documentation of your earned income is available, submit a signed statement explaining the amount and source of your earned income.

**Do not provide documentation of unearned income, such as income from interest or dividends. Do not report untaxed income, such as Supplemental Security Income, child support, or federal or state public assistance.**

Page 1 of 4

| Recipient Name | Jerald Thompson | Recipient SSN | 156788483 |
|---|---|---|---|

## SECTION 3: RECIPIENT'S UNDERSTANDINGS AND CERTIFICATION

**I understand** that I may be required to repay my discharged loans and/or complete my discharged TEACH Grant service obligation if, during the three-year post-discharge monitoring period, which begins on the date that I receive a discharge:

1. I receive annual earnings from employment that exceed the poverty guideline amount for a family of two in my state, regardless of my actual family size;

2. I receive a new loan under the Direct Loan Program or a new TEACH Grant;

3. I receive a disbursement of a Direct Loan or TEACH Grant that was initially disbursed prior to my discharge date and I fail to ensure that the disbursement is returned to the loan holder or (for a TEACH Grant) to the U.S. Department of Education within 120 days of the disbursement date; or

4. The Social Security Administration determines that I am no longer disabled or changes my continuing disability review period to a period that is shorter than 5-7 years or more, after I had been previously determined to be disabled by the Social Security Administration and was receiving SSDI or SSI benefits with a continuing disability review period of 5-7 years or more.

**I certify** that all of the information I have provided on this form and in any accompanying documentation is true, complete, and correct to the best of my knowledge and belief.

| Recipient's or Representative's Signature | 01-06-2024 | Representative Name (if applicable) |
|---|---|---|
| | Date | |

**NOTE:** You may designate someone to represent you in matters related to your application. If you wish to designate a representative, you must complete the Applicant Representative Designation: Total and Permanent Disability form.

## SECTION 4: DEFINITIONS

A **discharge** due to a total and permanent disability cancels your obligation (and, if applicable, an endorser's obligation) to repay the remaining balance on your discharged loans or to satisfy your discharged TEACH Grant service obligation.

The **post-discharge monitoring period** begins on the date the U.S. Department of Education grants a discharge of your loan or TEACH Grant service obligation and lasts for three years. If you fail to meet certain conditions at any time during or at the end of the post-discharge monitoring period, the U.S. Department of Education will reinstate your obligation to repay your loan or complete your TEACH Grant service obligation. See Section 5 for more information.

The **William D. Ford Federal Direct Loan (Direct Loan) Program** includes Direct Subsidized Loans, Direct Unsubsidized Loans, Direct PLUS Loans, and Direct Consolidation Loans.

The **Teacher Education Assistance for College and Higher Education (TEACH) Grant Program** requires individuals to complete a teaching service obligation as a condition for receiving a TEACH Grant.

A **representative** is a member of your family, your attorney, a law firm or legal aid society, or another individual or organization authorized to act on your behalf in connection with your total and permanent disability discharge application.



**TPD-PDM**

# POST-DISCHARGE MONITORING: TOTAL AND PERMANENT DISABILITY

OMB No. 1845-0065
OMB Approved
Exp. Date 9/30/2022

William D. Ford Federal Direct Loan (Direct Loan) Program / Federal Family Education Loan (FFEL) Program / Federal Perkins Loan (Perkins Loan) Program / TEACH Grant Program

**WARNING**: Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: DISCHARGE RECIPIENT INFORMATION

Please enter or correct the following information.

☑ Check this box if any of your information has changed.

SSN _156 78 8483_

Name _Jerald Thompson_

Address _5120 Main Rd W_

City _Emmaus_  State _PA_  Zip Code _18049_

Telephone - Primary _(484) 951-0795_

Telephone - Alternate _____

Email _YoDrTe Aol.com_

## SECTION 2: DOCUMENTATION OF EARNED INCOME

Carefully read the entire form. Type or print in dark ink. Sign and date the form in Section 3. Include your name and Social Security Number on any documentation that you submit with this form. Submit this form to the address in Section 6.

We will reinstate your obligation to repay a discharged loan or complete a discharged TEACH Grant service obligation if (1) you receive annual earnings from employment above the poverty guideline for a family size of two for any of the three years after the date we granted your discharge or (2) you do not respond to our request to complete and submit this form.

The poverty guidelines are issued annually by the U.S. Department of Health and Human Services, and are available at: aspe.hhs.gov/poverty. For 2019, the poverty guidelines for a family size of two are:

| Family Size | 48 States & DC | Alaska | Hawaii | |
|---|---|---|---|---|
| 2 | $16,910 | $21,130 | $19,460 | If you do not live in one of the 50 states or DC, we will use the poverty guideline for the 48 states. |

Did you have income earned from *employment* between _____ and _____?

☐ Yes - You must provide documentation of all income you receive from employment or self-employment. See below.

☑ No - By signing this form, you are certifying that you had no earned income from employment during the period identified above. Continue to Section 3.

**Acceptable Documentation of Earned Income (copies of original documentation are acceptable)**

- You must provide one piece of documentation for each source of income from employment. Examples include a federal or state income tax return, a W-2, a federal income tax return transcript, a Social Security Administration earnings statement, a state or local agency earnings statement, or a pay stub from any employment.

- Unless the **frequency** is clearly indicated on the documentation that you provide, write on your documentation how often you receive the income, for example, "twice per month" or "every other week".

- If you are submitting documentation of income that you receive on a calendar-year basis, but a **portion of the income in the documentation is outside of the period for which you are providing documentation**, write on your documentation the amount of the income that you received during the period identified above.

- If **no documentation** of your earned income is available, submit a signed statement explaining the amount and source of your earned income.

**Do not provide documentation of unearned income, such as income from interest or dividends. Do not report untaxed income, such as Supplemental Security Income, child support, or federal or state public assistance.**

Recipient Name _Jerald Thompson_          Recipient SSN _156 78 8483_

## SECTION 3: RECIPIENT'S UNDERSTANDINGS AND CERTIFICATION

**I understand** that I may be required to repay my discharged loans and/or complete my discharged TEACH Grant service obligation if, during the three-year post-discharge monitoring period, which begins on the date that I receive a discharge:

1. I receive annual earnings from employment that exceed the poverty guideline amount for a family of two in my state, regardless of my actual family size;

2. I receive a new loan under the Direct Loan Program or a new TEACH Grant;

3. I receive a disbursement of a Direct Loan or TEACH Grant that was initially disbursed prior to my discharge date and I fail to ensure that the disbursement is returned to the loan holder or (for a TEACH Grant) to the U.S. Department of Education within 120 days of the disbursement date; or

4. The Social Security Administration determines that I am no longer disabled or changes my continuing disability review period to a period that is shorter than 5-7 years or more, after I had been previously determined to be disabled by the Social Security Administration and was receiving SSDI or SSI benefits with a continuing disability review period of 5-7 years or more.

**I certify** that all of the information I have provided on this form and in any accompanying documentation is true, complete, and correct to the best of my knowledge and belief.

_Jerald Thompson_ _____          _09-27-2022_____          _____
**Recipient's or Representative's Signature**          **Date**          **Representative Name (if applicable)**

**NOTE:** You may designate someone to represent you in matters related to your application. If you wish to designate a representative, you must complete the Applicant Representative Designation: Total and Permanent Disability form.

## SECTION 4: DEFINITIONS

A **discharge** due to a total and permanent disability cancels your obligation (and, if applicable, an endorser's obligation) to repay the remaining balance on your discharged loans or to satisfy your discharged TEACH Grant service obligation.

The **post-discharge monitoring period** begins on the date the U.S. Department of Education grants a discharge of your loan or TEACH Grant service obligation and lasts for three years. If you fail to meet certain conditions at any time during or at the end of the post-discharge monitoring period, the U.S. Department of Education will reinstate your obligation to repay your loan or complete your TEACH Grant service obligation. See Section 5 for more information.

The **William D. Ford Federal Direct Loan (Direct Loan) Program** includes Direct Subsidized Loans, Direct Unsubsidized Loans, Direct PLUS Loans, and Direct Consolidation Loans.

The **Teacher Education Assistance for College and Higher Education (TEACH) Grant Program** requires individuals to complete a teaching service obligation as a condition for receiving a TEACH Grant.

A **representative** is a member of your family, your attorney, a law firm or legal aid society, or another individual or organization authorized to act on your behalf in connection with your total and permanent disability discharge application.



**TPD-PDM**

# POST-DISCHARGE MONITORING: TOTAL AND PERMANENT DISABILITY

OMB No. 1845-0065
OMB Approved
Exp. Date 9/30/2022

William D. Ford Federal Direct Loan (Direct Loan) Program / Federal Family Education Loan (FFEL) Program / Federal Perkins Loan (Perkins Loan) Program / TEACH Grant Program

**WARNING**: Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: DISCHARGE RECIPIENT INFORMATION

Please enter or correct the following information.

☐ Check this box if any of your information has changed.

SSN ____156788483____

Name ____Jerald Thompson____

Address ____11224 Cypress Tree Circle____

City ____Ft. Myers____    State ____FL____    Zip Code ____33913____

Telephone - Primary ____484-951-0795____

Telephone - Alternate _____

Email ____YoDrT@aol.com____

## SECTION 2: DOCUMENTATION OF EARNED INCOME

Carefully read the entire form. Type or print in dark ink. Sign and date the form in Section 3. Include your name and Social Security Number on any documentation that you submit with this form. Submit this form to the address in Section 6.

We will reinstate your obligation to repay a discharged loan or complete a discharged TEACH Grant service obligation if (1) you receive annual earnings from employment above the poverty guideline for a family size of two for any of the three years after the date we granted your discharge or (2) you do not respond to our request to complete and submit this form.

The poverty guidelines are issued annually by the U.S. Department of Health and Human Services, and are available at: aspe.hhs.gov/poverty. For 2019, the poverty guidelines for a family size of two are:

| Family Size | 48 States & DC | Alaska | Hawaii |
|---|---|---|---|
| 2 | $16,910 | $21,130 | $19,460 |

If you do not live in one of the 50 states or DC, we will use the poverty guideline for the 48 states.

Did you have income earned from *employment* between _____ and _____ ?

☐ Yes - You must provide documentation of all income you receive from employment or self-employment. See below.

☑ No - By signing this form, you are certifying that you had no earned income from employment during the period identified above. Continue to Section 3.

**Acceptable Documentation of Earned Income (copies of original documentation are acceptable)**

- You must provide one piece of documentation for each source of income from employment. Examples include a federal or state income tax return, a W-2, a federal income tax return transcript, a Social Security Administration earnings statement, a state or local agency earnings statement, or a pay stub from any employment.

- Unless the **frequency** is clearly indicated on the documentation that you provide, write on your documentation how often you receive the income, for example, "twice per month" or "every other week".

- If you are submitting documentation of income that you receive on a calendar-year basis, but a **portion of the income in the documentation is outside of the period for which you are providing documentation**, write on your documentation the amount of the income that you received during the period identified above.

- If **no documentation** of your earned income is available, submit a signed statement explaining the amount and source of your earned income.

**Do not provide documentation of unearned income, such as income from interest or dividends. Do not report untaxed income, such as Supplemental Security Income, child support, or federal or state public assistance.**

Page 1 of 4

**Recipient Name**   Jerald Thompson                                  **Recipient SSN**         156788483

## SECTION 3: RECIPIENT'S UNDERSTANDINGS AND CERTIFICATION

I understand that I may be required to repay my discharged loans and/or complete my discharged TEACH Grant service obligation if, during the three-year post-discharge monitoring period, which begins on the date that I receive a discharge:

1.  I receive annual earnings from employment that exceed the poverty guideline amount for a family of two in my state, regardless of my actual family size;

2.  I receive a new loan under the Direct Loan Program or a new TEACH Grant;

3.  I receive a disbursement of a Direct Loan or TEACH Grant that was initially disbursed prior to my discharge date and I fail to ensure that the disbursement is returned to the loan holder or (for a TEACH Grant) to the U.S. Department of Education within 120 days of the disbursement date; or

4.  The Social Security Administration determines that I am no longer disabled or changes my continuing disability review period to a period that is shorter than 5-7 years or more, after I had been previously determined to be disabled by the Social Security Administration and was receiving SSDI or SSI benefits with a continuing disability review period of 5-7 years or more.

I certify that all of the information I have provided on this form and in any accompanying documentation is true, complete, and correct to the best of my knowledge and belief.

_Jerald Thompson_ (signature)                           01-09-2021                      _____
**Recipient's or Representative's Signature**          **Date**                        **Representative Name (if applicable)**

NOTE: You may designate someone to represent you in matters related to your application. If you wish to designate a representative, you must complete the Applicant Representative Designation: Total and Permanent Disability form.

## SECTION 4: DEFINITIONS

A **discharge** due to a total and permanent disability cancels your obligation (and, if applicable, an endorser's obligation) to repay the remaining balance on your discharged loans or to satisfy your discharged TEACH Grant service obligation.

The **post-discharge monitoring period** begins on the date the U.S. Department of Education grants a discharge of your loan or TEACH Grant service obligation and lasts for three years. If you fail to meet certain conditions at any time during or at the end of the post-discharge monitoring period, the U.S. Department of Education will reinstate your obligation to repay your loan or complete your TEACH Grant service obligation. See Section 5 for more information.

The **William D. Ford Federal Direct Loan (Direct Loan) Program** includes Direct Subsidized Loans, Direct Unsubsidized Loans, Direct PLUS Loans, and Direct Consolidation Loans.

The **Teacher Education Assistance for College and Higher Education (TEACH) Grant Program** requires individuals to complete a teaching service obligation as a condition for receiving a TEACH Grant.

A **representative** is a member of your family, your attorney, a law firm or legal aid society, or another individual or organization authorized to act on your behalf in connection with your total and permanent disability discharge application.



**TPD-PDM**

## POST-DISCHARGE MONITORING: TOTAL AND PERMANENT DISABILITY

William D. Ford Federal Direct Loan (Direct Loan) Program / Federal Family Education Loan (FFEL) Program / Federal Perkins Loan (Perkins Loan) Program / TEACH Grant Program

OMB No. 1845-0065
OMB Approved
Exp. Date 8/31/2020

**WARNING**: Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

### SECTION 1: DISCHARGE RECIPIENT INFORMATION

Please enter or correct the following information.

☐ Check this box if any of your information has changed.

SSN  156788483

Name  Jerald Thompson

Address  11224 Cypress Tree Circle

City  Ft. Myers      State  FL      Zip Code  33913-782

Telephone - Primary  4849510795

Telephone - Alternate

Email  YoDrT@AOL.com

### SECTION 2: DOCUMENTATION OF EARNED INCOME

Carefully read the entire form. Type or print in dark ink. Sign and date the form in Section 3. Include your name and Social Security Number on any documentation that you submit with this form. Submit this form to the address in Section 6.

We will reinstate your obligation to repay a discharged loan or complete a discharged TEACH Grant service obligation if (1) you receive annual earnings from employment above the poverty guideline for a family size of two for any of the three years after the date we granted your discharge or (2) you do not respond to our request to complete and submit this form.

The poverty guidelines are issued annually by the U.S. Department of Health and Human Services, and are available at: aspe.hhs.gov/poverty. For 2019, the poverty guidelines for a family size of two are:

| Family Size | 48 States & DC | Alaska | Hawaii |
|---|---|---|---|
| 2 | $17,240 | $21,550 | $19,830 |

If you do not live in one of the 50 states or DC, we will use the poverty guidelines for the 48 states.

Did you have income earned from *employment* between _____ and _____ ?

☐ Yes - You must provide documentation of all income you receive from employment or self-employment. See below.

☑ No - By signing this form, you are certifying that you had no earned income from employment during the period identified above. Continue to Section 3.

**Acceptable Documentation of Earned Income (copies of original documentation are acceptable)**

- You must provide one piece of documentation for each source of income from employment. Examples include a federal or state income tax return, a W-2, a federal income tax return transcript, a Social Security Administration earnings statement, a state or local agency earnings statement, or a pay stub from any employment.
- Unless the **frequency** is clearly indicated on the documentation that you provide, write on your documentation how often you receive the income, for example, "twice per month" or "every other week".
- If you are submitting documentation of income that you receive on a calendar-year basis, but a portion of the income in the documentation is outside of the period for which you are providing documentation, write on your documentation the amount of the income that you received during the period identified above.
- if **no documentation** of your earned income is available, submit a signed statement explaining the amount and source of your earned income.

Do not provide documentation of unearned income, such as income from interest or dividends. Do not report untaxed income, such as Supplemental Security Income, child support, or federal or state public assistance.

Recipient Name _____   Recipient SSN _____

## SECTION 3: RECIPIENT'S UNDERSTANDINGS AND CERTIFICATION

I **understand** that I may be required to repay my discharged loans and/or complete my discharged TEACH Grant service obligation if, during the three-year post-discharge monitoring period, which begins on the date that I receive a discharge:

1. I receive annual earnings from employment that exceed the poverty guideline amount for a family of two in my state, regardless of my actual family size;

2. I receive a new loan under the Direct Loan Program or a new TEACH Grant;

3. I receive a disbursement of a Direct Loan or TEACH Grant that was initially disbursed prior to my discharge date and I fail to ensure that the disbursement is returned to the loan holder or (for a TEACH Grant) to the U.S. Department of Education within 120 days of the disbursement date; or

4. The Social Security Administration determines that I am no longer disabled or changes my continuing disability review period to a period that is shorter than 5-7 years or more, after I had been previously determined to be disabled by the Social Security Administration and was receiving SSDI or SSI benefits with a continuing disability review period of 5-7 years or more.

I **certify** that all of the information I have provided on this form and in any accompanying documentation is true, complete, and correct to the best of my knowledge and belief.

| | | |
|---|---|---|
| _Jerald Thompson_ | 2-10-2020 | _____ |
| **Recipient's or Representative's Signature** | **Date** | **Representative Name (if applicable)** |

**NOTE**. You may designate someone to represent you in matters related to your application. If you wish to designate a representative, you must complete the Applicant Representative Designation: Total and Permanent Disability form.

## SECTION 4: DEFINITIONS

A **discharge** due to a total and permanent disability cancels your obligation (and, if applicable, an endorser's obligation) to repay the remaining balance on your discharged loans or to satisfy your discharged TEACH Grant service obligation.

The **post-discharge monitoring period** begins on the date the U.S. Department of Education grants a discharge of your loan or TEACH Grant service obligation and lasts for three years. If you fail to meet certain conditions at any time during or at the end of the post-discharge monitoring period, the U.S. Department of Education will reinstate your obligation to repay your loan or complete your TEACH Grant service obligation. See Section 5 for more information.

The **William D. Ford Federal Direct Loan (Direct Loan) Program** includes Direct Subsidized Loans, Direct Unsubsidized Loans, Direct PLUS Loans, and Direct Consolidation Loans.

The **Teacher Education Assistance for College and Higher Education (TEACH) Grant Program** requires individuals to complete a teaching service obligation as a condition for receiving a TEACH Grant.

A **representative** is a member of your family, your attorney, a law firm or legal aid society, or another individual or organization authorized to act on your behalf in connection with your total and permanent disability discharge application.



## POST-DISCHARGE MONITORING: TOTAL AND
## PERMANENT DISABILITY

William D. Ford Federal Direct Loan (Direct Loan) Program / Federal Family
Education Loan (FFEL) Program / Federal Perkins Loan (Perkins Loan)
Program / TEACH Grant Program

OMB No. 1845-0065
OMB Approved
Exp. Date 8/31/2019

**TPD-PDM**

**WARNING**: Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

### SECTION 1: DISCHARGE RECIPIENT INFORMATION

Please enter or correct the following information.

☐ **Check this box if any of your information has changed.**

| | |
|---|---|
| SSN | 156 78 8483 |
| Name | Jerald Thompson |
| Address | 5120 Hain Rd W |
| City | Emmaus  State PA  Zip Code 18049-40 |
| Telephone - Primary | (484) 951-0795 |
| Telephone - Alternate | |
| Email | JbDT@AOL.com |

### SECTION 2: DOCUMENTATION OF EARNED INCOME

Carefully read the entire form. Type or print in dark ink. Sign and date the form in Section 3. Include your name and Social Security Number on any documentation that you submit with this form. Submit this form to the address in Section 6.
We will reinstate your obligation to repay a discharged loan or complete a discharged TEACH Grant service obligation if (1) you receive annual earnings from employment above the poverty guideline for a family size of two for any of the three years after the date we granted your discharge or (2) you do not respond to our request to complete and submit this form.
The poverty guidelines are issued annually by the U.S. Department of Health and Human Services, and are available at: aspe.hhs.gov/poverty. For 2019, the poverty guidelines for a family size of two are:

| Family Size | 48 States & DC | Alaska | Hawaii | |
|---|---|---|---|---|
| 2 | $16,910 | $21,130 | $19,460 | If you do not live in one of the 50 states or DC, we will use the poverty guidelines for the 48 states. |

Did you have income earned from *employment* between _____ and _____ ?

☐ Yes - You must provide documentation of all income you receive from employment or self-employment. See below.

☐ No - By signing this form, you are certifying that you had no earned income from employment during the period identified above. Continue to Section 3.

**Acceptable Documentation of Earned Income** (copies of original documentation are acceptable)

- • You must provide one piece of documentation for each source of income from employment. Examples include a federal or state income tax return, a W-2, a federal income tax return transcript, a Social Security Administration earnings statement, a state or local agency earnings statement, or a pay stub from any employment.
- • Unless the **frequency** is clearly indicated on the documentation that you provide, write on your documentation how often you receive the income, for example, "twice per month" or "every other week".
- • If you are submitting documentation of income that you receive on a calendar-year basis, but a **portion of the income in the documentation is outside of the period for which you are providing documentation**, write on your documentation the amount of the income that you received during the period identified above.
- • If **no documentation** of your earned income is available, submit a signed statement explaining the amount and source of your earned income.

Do not provide documentation of unearned income, such as income from interest or dividends. Do not report untaxed income, such as Supplemental Security Income, child support, or federal or state public assistance

Recipient Name  Jerald Thompson                              Recipient SSN  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

## SECTION 3: RECIPIENT'S UNDERSTANDINGS AND CERTIFICATION

**I understand** that I may be required to repay my discharged loans and/or complete my discharged TEACH Grant service obligation if, during the three-year post-discharge monitoring period, which begins on the date that I receive a discharge:

1. I receive annual earnings from employment that exceed the poverty guideline amount for a family of two in my state, regardless of my actual family size;

2. I receive a new loan under the Direct Loan Program or a new TEACH Grant;

3. I receive a disbursement of a Direct Loan or TEACH Grant that was initially disbursed prior to my discharge date and I fail to ensure that the disbursement is returned to the loan holder or (for a TEACH Grant) to the U.S. Department of Education within 120 days of the disbursement date; or

4. The Social Security Administration determines that I am no longer disabled or changes my continuing disability review period to a period that is shorter than 5-7 years or more, after I had been previously determined to be disabled by the Social Security Administration and was receiving SSDI or SSI benefits with a continuing disability review period of 5-7 years or more.

**I certify** that all of the information I have provided on this form and in any accompanying documentation is true, complete, and correct to the best of my knowledge and belief.

| _Jerald Thompson_ | _09-27-2019_ | _____ |
|---|---|---|
| Recipient's or Representative's Signature | Date | Representative Name (if applicable) |

**NOTE:** You may designate someone to represent you in matters related to your application. If you wish to designate a representative, you must complete the Applicant Representative Designation: Total and Permanent Disability form.

## SECTION 4: DEFINITIONS

A **discharge** due to a total and permanent disability cancels your obligation (and, if applicable, an endorser's obligation) to repay the remaining balance on your discharged loans or to satisfy your discharged TEACH Grant service obligation.

The **post-discharge monitoring period** begins on the date the U.S. Department of Education grants a discharge of your loan or TEACH Grant service obligation and lasts for three years. If you fail to meet certain conditions at any time during or at the end of the post-discharge monitoring period, the U.S. Department of Education will reinstate your obligation to repay your loan or complete your TEACH Grant service obligation. See Section 5 for more information.

The **William D. Ford Federal Direct Loan (Direct Loan) Program** includes Direct Subsidized Loans, Direct Unsubsidized Loans, Direct PLUS Loans, and Direct Consolidation Loans.

The **Teacher Education Assistance for College and Higher Education (TEACH) Grant Program** requires individuals to complete a teaching service obligation as a condition for receiving a TEACH Grant.

A **representative** is a member of your family, your attorney, a law firm or legal aid society, or another individual or organization authorized to act on your behalf in connection with your total and permanent disability discharge application.