UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JERALD THOMPSON,
Plaintiff,

v.

NELNET, INC., and
UNITED STATES DEPARTMENT OF EDUCATION,
Defendants.

Case No.: 2:26-cv-288-JES-NPM

---

## MOTION FOR PRO SE ELECTRONIC FILING PRIVILEGES

Plaintiff, Jerald Thompson, proceeding pro se, respectfully moves the Court for an order granting electronic filing privileges in this action and states:

1.  Plaintiff is the pro se Plaintiff in this case.

2.  Plaintiff has registered for a PACER account and requested CM/ECF filing access for the Middle District of Florida.

3.  The Clerk's Office has advised that pro se electronic filing privileges require a Court order.

4.  Granting electronic filing privileges would promote efficiency, reduce administrative burden on the Clerk, and allow Plaintiff to comply promptly with Court orders and deadlines.

5.  Plaintiff is able to comply with the Local Rules governing electronic filing and agrees to receive service electronically through CM/ECF.

WHEREFORE, Plaintiff respectfully requests that the Court grant pro se electronic filing privileges in this case.

Respectfully submitted,

Jerald Thompson