AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| Jerald Thompson<br>*Plaintiff(s)*<br>v.<br>NELNET, INC., and<br>UNITED STATES DEPARTMENT OF EDUCATION<br>*Defendant(s)* | Civil Action No. 2:26-cv-288-JES-NPM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Nelnet, Inc.
c/o Corporation Service Company, Registered Agent
233 South 13th Street, Suite 1900
Lincoln, NE 68508

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dr. Jerald Thompson
11224 Cypress Tree Circle
Ft. Myers, FL
33913-7821

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 2/17/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Jerald Thompson

*Plaintiff(s)*

v.

United States Department of Education
400 Maryland Avenue SW
Washington, DC 20202

*Defendant(s)*

Civil Action No. 2:26-cv-288-JES-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Department of Education
400 Maryland Avenue SW
Washington, DC 20202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dr. Jerald Thompson
11224 Cypress Tree Circle
Ft. Myers, FL
33913-7821

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/17/2026

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA