# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

**JERALD THOMPSON**,
    Plaintiff,

v.                                                                         2:26-cv-288-JES-NPM

**NELNET, INC.**, *et ano*,
    Defendants.

---

## ORDER

Plaintiff Jerald Thompson has filed a renewed motion for service by US Marshal. (Doc. 12). The motion is granted, and the clerk is directed to deliver to the US Attorney (via its Fort Myers intake box) a copy of the complaint (Doc. 1), the summons directed to the Department of Education (Doc. 10), and a copy of this order. The clerk is also directed to supply two copies of the complaint and two copies of the Department of Education summons to the US Marshal.

The US Marshal is directed to send the complaints and Department of Education summons via certified mail to both:

**Department of Education**
**c/o General Counsel**
**400 Maryland Avenue SW**
**Washington, DC 20202**

and

**Attorney General of the United States**
**U.S. Department of Justice**
**950 Pennsylvania Avenue NW**
**Washington, DC 20530-0001**

The US Marshal is also directed to file with the clerk confirmations of delivery by

certified mail.

**ORDERED** on March 2, 2026

_____
NICHOLAS P. MIZELL
United States Magistrate Judge

c: United States Marshal

2