UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JERALD THOMPSON,

      Plaintiff,

v.                                    Case No: 2:26-cv-288-JES-NPM

NELNET, INC. and UNITED
STATES DEPARTMENT OF
EDUCATION,

      Defendant.

_____/

## UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWER

Defendant U.S. Department of Education, through its counsel Assistant U.S. Attorney Chad C. Spraker, hereby moves for a 60-day extension of time to file its answer or responsive motion.  If granted, Defendant U.S. Department of Education's answer or responsive motion would be due on or before July 27, 2026. Plaintiff Jerald Thompon does not oppose the extension.

In support of this motion, Defendant U.S. Department of Education provides as follows:

1.      Plaintiff Jerald Thompson, pro se, filed a complaint on February 9, 2026, alleging that Defendant U.S. Department Education and Nelnet, Inc. have failed to honor and implement the plaintiff's Total and Permanent Disability student loan discharge.  (Doc. 1 ¶ 1.)  Count I of the complaint alleges a Fair Credit Reporting Act violation against Defendant Nelnet.  *Id.* ¶¶ 21-26.  Count II of

1

the complaint alleges a count under Administrative Procedure Act against

Defendant U.S. Department of Education.  *Id.* ¶¶ 27-31.

2.      The U.S. Attorney's Office for the Middle District of Florida was

served on March 27, 2026.  The U.S. Department of Education's answer deadline

is therefore currently May 26, 2026.

3.      On April 17, 2026, Defendant Nelnet, Inc. filed its answer.  (Doc. 16.)

4.      On April 20, 2026, the Court issued a Fair Credit Reporting Act Fast-

Track Scheduling Order.  (Doc. 19.)

5.      The U.S. Department of Education is working to narrow and resolve

as many issues as possible without involving the Court, and those efforts would be

aided by the granting of this motion.

6.      In order to serve the ends of a just, speedy, and efficient resolution of

the present matter, Defendants request a 60-day extension to file an answer or

responsive motion before July 27, 2026.

WHEREFORE, Defendants respectfully request an extension to respond to

the complaint on or before July 27, 2026.

### Local Rule 3.01(g) Certification

I hereby certify that I conferred by with Plaintiff by email on May 26, 2026.

Plaintiff does not oppose the relief requested in this motion.

///

///

///

DATED this 26th day of May, 2026.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    /s/ *Chad C. Spraker*
CHAD C. SPRAKER
Assistant United States Attorney
USA NO. 198
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
Telephone: (239) 461-2200
Email: Chad.Spraker@usdoj.gov
Lead Counsel

3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 26, 2026, I sent the foregoing document

via U.S. mail and email to:

Jerald Thompson
11224 Cypress Tree Circle
Fort Myers, FL 33913-7821
Preludess20@gmail.com

*/s/ Chad C. Spraker*
Assistant United States Attorney

4