UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JERALD THOMPSON,

    *Plaintiff,*

v.                                                                CASE NO. 2:26-cv-288-JES-NPM

NELNET, INC., ET AL.,

    *Defendants.*

_____

## JOINT MOTION FOR SETTLEMENT
## CONFERENCE WITH MAGISTRATE JUDGE

Plaintiff, Jerald Thompson, and Defendants, Nelnet Servicing, LLC, improperly named herein as Nelnet, Inc. ("Nelnet"), and U.S. Department of Education ("DOE"), jointly request the Court to permit the parties to conduct a settlement conference with a U.S. Magistrate Judge instead of mediation, and state:

1.      This is a lawsuit filed by Plaintiff, as a *pro se* litigant, under the Fair Credit Reporting Act (FCRA) which is subject to an FCRA Fast-Track Scheduling Order [ECF No. 19].

2.      Pursuant to the FCRA Fast-Track Scheduling Orders, the parties must mediate no later than August 18, 2026.

3.      The parties have been conferring regarding potential mediators and request that the Court permit a settlement conference with either the assigned

145323409.1

magistrate or another available magistrate in this district.

4.    The parties believe that a settlement conference with the magistrate, by zoom or other remote means, will be the most cost-effective way to mediate this case before the August 18, 2026 deadline in an attempt to resolve the pending claims.

5.    Undersigned counsel for Nelnet and DOE have conferred with Plaintiff by email and all parties agree to participate in a settlement conference with a magistrate.

WHEREFORE, the parties jointly request the Court to order a settlement conference with a U.S. Magistrate Judge in lieu of mediation, and for such further relief as the Court deems proper.

## Local Rule 3.01(g) Certification

The undersigned counsel certify that all Parties agree to the relief sought in this motion.

/s/ Naomi M. Berry
**Daniel C. Johnson**
Lead Counsel
Florida Bar No. 522880
Carlton Fields, P.A.
200 South Orange Ave., Ste. 1000
Orlando, FL 32801-3456
Telephone: (407) 849-0300
Facsimile: (407) 648-9099
Email: djohnson@carltonfields.com

**Naomi M. Berry**

2

145323409.1

Florida Bar No. 69916
2 Miami Central
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136-41184
Telephone: (305) 530-0050
nberry@carltonfields.com
mcabrera@carltonfields.com

*Attorneys for Nelnet Servicing, LLC,
improperly named as "Nelnet, Inc."*

GREGORY W. KEHOE
United States Attorney

By:    */s/ Chad C. Spraker*
         CHAD C. SPRAKER
         Assistant United States Attorney
         USA No. 198
         2110 First Street, Ste. 3-137
         Fort Myers, Florida 33901
         Telephone: 239-461-2200
         Fax: 239-461-2219
         Email: chad.spraker@usdoj.gov
         Counsel for U.S. Dept. of Education

3

145323409.1

/s/ Jerald Thompson

JERALD THOMPSON
Plaintiff, Pro Se
11224 Cypress Tree Circle
Fort Myers, FL 33913-7821
Telephone: (484-743-2613)
Email: Preludess20@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

/s/ Naomi M. Berry

Attorney

4

145323409.1