UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JERALD THOMPSON,

     Plaintiffs,

v.                              Case No:   2:26-cv-288-JES-NPM

NELNET, INC. and UNITED
STATES DEPARTMENT OF
EDUCATION,

     Defendants.

---

### ORDER

Before the Court is a Joint Motion for Settlement Conference With Magistrate Judge (Doc. 24). The parties wish to proceed with a settlement conference in lieu of formal mediation before the mediation deadline to resolve pending claims with "either the assigned magistrate or another available magistrate in this district." The Court will grant the request and refer the case to the next available magistrate judge not assigned to the case.

Accordingly, it is now

**ORDERED:**

1. The parties' Joint Motion for Settlement Conference With Magistrate Judge (Doc. 24) is **GRANTED.**

2. The case is **referred** to the Honorable Magistrate Judge Kevin R. Huguelet to conduct a settlement conference and for the entry of any related orders as deemed appropriate.

**DONE and ORDERED** in Fort Myers, Florida on July 16, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

- 2 -