UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JERALD THOMPSON,

    *Plaintiff*s,

v.                                    CASE NO. 2:26-cv-288-SPC-NPM

NELNET, INC., ET AL.,

    *Defendant*s.

_____

**JOINT NOTICE OF PROPOSED SETTLEMENT CONFERENCE DATES
AND MOTION FOR REMOTE APPEARANCE AT SETTLEMENT
<u>CONFERENCE WITH MAGISTRATE JUDGE</u>**

Plaintiff, Jerald Thompson, and Defendants, Nelnet Servicing, LLC, improperly named herein as Nelnet, Inc. ("Nelnet"), and U.S. Department of Education ("DOE"), pursuant to the Court's July 17, 2026 Order [ECF No. 26] state as follows:

1. Pursuant to the Court's July 17, 2026 Order, the parties have conferred and determined that everyone is available on the following dates: August 25-26, Aug. 31.

2. The parties' availability is dependent on the settlement conference being conducted by zoom or other remote means, however.

3. Plaintiff has advised that as part of his job as an educational consultant,

he travels extensively and may not be in the Fort Myers area during this time period.

4. Further, Nelnet's representative is based in Madison, Wisconsin and confirmed her availability based upon a remote appearance; her availability may be different if she has to travel on the days prior and subsequent to the settlement conference.

5. The parties have all agreed to a remote settlement conference if the Magistrate Judge will permit it.

6. If the Magistrate Judge requires an in-person settlement conference, the parties will need to revisit the dates to ensure that all necessary attendants can be in Fort Myers at that time.

WHEREFORE, the parties jointly request the Court to permit remote appearance at the settlement conference, and for such further relief as the Court deems proper.

### Local Rule 3.01(g) Certification

The undersigned counsel certify that all Parties agree to the relief sought in this motion.

/s/ Naomi M. Berry
**Daniel C. Johnson**
Lead Counsel
Florida Bar No. 522880
Carlton Fields, P.A.
200 South Orange Ave., Ste. 1000

2

145483976.1

Orlando, FL 32801-3456
Telephone:  (407) 849-0300
Facsimile:  (407) 648-9099
Email: djohnson@carltonfields.com

**Naomi M. Berry**
Florida Bar No. 69916
2 Miami Central
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136-41184
Telephone: (305) 530-0050
nberry@carltonfields.com
mcabrera@carltonfields.com
*Attorneys for Nelnet Servicing, LLC,*
*improperly named as "Nelnet, Inc."*

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    */s/ Chad C. Spraker*
        CHAD C. SPRAKER
        Assistant United States Attorney
        USA No. 198
        2110 First Street, Ste. 3-137
        Fort Myers, Florida 33901
        Telephone: 239-461-2200
        Fax: 239-461-2219
        Email: chad.spraker@usdoj.gov
        Counsel for Department of Education

By:    */s/ Jerald Thompson*
        JERALD THOMPSON
        11224 Cypress Tree Circle
        Ft. Myers, FL 33913-7821
        Telephone: 484-743-2613
        Email: Preludes20@gmail.com
        *Plaintiff, Pro Se*

3

145483976.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 30, 2026, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

/s/  *Naomi M. Berry*
Attorney

4

145483976.1