UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JERALD THOMPSON,

v. CASE NO.: 2:26-cv-00288-SPC-NPM

Nelnet, Inc., and U.S. Department of Education,

| | | | |
|---|---|---|---|
| **Judge:** | Kevin R. Huguelet | **Counsel for Plaintiff** | Jerald Thompson, pro se |
| **Deputy Clerk:** | Traci Swan | **Counsel for Defendant:** | Naomi Berry/Tricia Wheeler (Nelnet); Chad Spraker/Hanna Elson (Dept. of Ed) |
| **Court Reporter** | Digital | **Pretrial/ Probation** | N/A |
| **Date/Time** | August 26, 2026<br>9:01 a.m. – 12:08 p.m. | **Interpreter** | N/A |
| **Bench Time** | 3 hours 7 minutes | | |

**CLERK'S MINUTES –Settlement Conference**

Counsel makes appearances.
The parties started settlement negotiations.
The parties are at an impasse.