UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Fort Myers Division | Case No. 2:26-cv-00288-SPC-NPM

JERALD THOMPSON,

*Plaintiff*,

v.

NELNET, INC.,
UNITED STATES DEPARTMENT
OF EDUCATION,

*Defendants*,
__________________________________/

**DEFENDANT NELNET SERVICING, LLC'S**
***UNOPPOSED*** **MOTION OR EXTENSION OF TIME**
**TO FILE FCRA FAST-TRACK CASE MANAGEMENT REPORT**

Defendant Nelnet Servicing, LLC ("Nelnet"), incorrectly named as Nelnet, Inc., moves *unopposed*, pursuant to Fed. R. Civ. P. 6(b), for an extension of time to September 8, 2026, to file the FCRA Fast-Track Case Management Report required by the Court's FCRA Fast-Track Scheduling Order. [ECF No. 19] ("Scheduling Order") ¶ 5.

1. The parties were required to participate in mediation and attempt settlement. *Id.* ¶ 4. If the parties were unable to settle the case at mediation, then the parties were required to file a FCRA Fast-Track Case Management Report within seven days of the completion of mediation. *Id.* ¶ 5.

2. On August 26, 2026, the parties attended the settlement conference and did not reach a settlement agreement. [ECF No. 32]. Therefore, the parties' FCRA Fast-Track Case Management Report is due September 2, 2026.



146113350.#

3. Due to the holiday weekend following the August 26, 2026 conference, and pressing business for all parties involved, the parties will be unable to finalize the FCRA Fast-Track Case Management Report by the established deadline.

4. Fed. R. Civ. P. 6(b)(1) permits extensions of time upon a showing of "good cause" if the motion is made before time has expired. "[A]n application for extension of time … normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." Wright & Miller, 4B Fed. Prac. & Proc. Civ. § 1165 (4th ed.); *Landis v. Direct Wireless Enterprises, Inc.*, 2009 WL 2605074, at *5 n.7 (M.D. Fla. June 10, 2009), *report and recommendation adopted in part*, 2009 WL 2604889 (M.D. Fla. Aug. 21, 2009) ("[T]he Court has always been receptive to motions for enlargement of time before deadlines pass based on the good cause standard and thereafter on a showing of excusable neglect.").

5. Little prejudice will result from the delay because trial has not been set and discovery is currently stayed. *Compare* Scheduling Order ¶ 5 *with Encarnacion v. Fin. Corp. of Am.*, 2018 WL 3860124, at *3 (M.D. Fla. June 8, 2018) ("[N]either party would be prejudiced by the extension given that a case management and scheduling order has not yet been entered in this case.").

6. Further, all parties agree to the extension and represent that they will work diligently to file the FCRA Fast-Track Case Management Report by the new September 8, 2026 deadline proposed herein.

7. Good cause exists for a brief six-day extension of time for the parties to file the FCRA Fast-Track Case Management Report.

## CONCLUSION

Defendant Nelnet requests that the Court enter an order granting the parties an extension of time until September 8, 2026, to file the FCRA Fast-Track Case Management Report.

Dated: September 2, 2026

*/s/ Naomi M. Berry*

Naomi Berry
Florida Bar No. 69916
CARLTON FIELDS, P.A.
2 MiamiCentral
700 N.W. 1st Avenue, Suite 1200
Miami, Florida 33136
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
nberry@carltonfields.com
-and-
Daniel C. Johnson
Florida Bar No. 522880
CARLTON FIELDS, P.A.
200 S. Orange Avenue, Suite 1000
Orlando, FL 32801-3400
Telephone: (407) 849.0300
Facsimile: (407) 648.9099
Email: djohnson@carltonfields.com

*Attorneys for Defendant Nelnet Servicing, LLC incorrectly named herein as Nelnet, Inc.*

## CERTIFICATE OF RULE 3.01(g) CONFERRAL

I certify on September 2, 2026, I contacted counsel for the United States Department of Education by email who stated that they did not oppose the relief sought in this motion. I also certify that on September 2, 2026, I contacted Plaintiff by email who stated that they did not oppose the relief sought in this motion.

*/s/ Naomi M. Berry*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been furnished, electronically, through the CM/ECF system, to all counsel of record on September 2, 2026. I also certify that a true and correct copy of the foregoing has been furnished on Plaintiff on September 2, 2026 by serving a copy by email to Plaintiff's email address listed in the complaint: preludess20@gmail.com.

*/s/ Naomi M. Berry*