Dr. Jerald Thompson
11224 Cypress Tree Cir
Ft. Myers, FL 33913-7821
(484) 743-2613
Email: Preludess20@gmail.com

SEP 14 2026 AM11:48
FILED - USDC - FLMD - FTM

**ATTN: Clerk of Court**
United States District Court
Middle District of Florida, Fort Myers Division
United States Courthouse & Federal Building
2110 First Street, Room 2-194
Fort Myers, Florida 33901-3083

September 10, 2026

**Case No: 2:26-cv-00288-SPC-NPM**

Dear Clerk of Court:

Enclosed for filing in the above-referenced matter are Plaintiff's Unopposed Motion to Appear Remotely and Plaintiff's Motion for Appointment of Pro Bono Counsel, and Plaintiff's Motion for Leave to File Electronically Through CM/ECF Based Uon Changed Circumstances .

Please file the enclosed documents in the above-captioned matter:

- Plaintiff's Unopposed Motion for Leave to Appear Remotely at September 28, 2026 Status Conference; and

- Plaintiff's Motion for Appointment of Pro Bono Counsel.

- Plaintiff's Motion for Leave to File Electronically Through CM/ECF Based Uon Changed Circumstances

This letter is submitted solely as a transmittal for filing and does not request substantive relief from the Court.

Thank you so much for your assistance.

Dr. Jerald Thompson

Dr. Jerald Thompson
11224 Cypress Tree Circle
Fort Myers, Florida 33913-7821
Telephone: 484-743-2613
Email: Preludess20@gmail.com

Plantiff, Pro Se