UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JERALD THOMPSON,

Plaintiff,

v. Case No: 2:26-cv-288-SPC-NPM

NELNET, INC. and UNITED STATES DEPARTMENT OF EDUCATION,

Defendant.

______________________________/

**NOTICE OF RESOLUTION AS TO U.S. DEPARTMENT OF EDUCATION AND PLAINTIFF JERALD THOMPSON**

Pursuant to Local Rule 3.09(a), the U.S. Department of Education and Plaintiff Jerald Thompson provide notice they have reached a resolution of this matter.[1]

DATED this 18th day of September, 2026

///

///

///

///

///

///

///

[1] Defendant Nelnet, Inc. is not a party to the present resolution.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Chad C. Spraker*

CHAD C. SPRAKER
Assistant United States Attorney
USA No. 198
2110 First Street, Ste. 3-137
Fort Myers, Florida 33901
Telephone: 239-461-2200
Fax: 239-461-2219
Email: chad.spraker@usdoj.gov
*Counsel for Defendant U.S. Department of Education*

Jerald Thompson
Plaintiff, Pro Se